UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOM MACERI & SON, INC.,

        Plaintiff,

vs.
        Case No. 01-CV-72771
        HON. GEORGE CARAM STEEH

ALLEN PARK FARM MARKET
& DELI, LLC, et al.,

        Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR ENFORCEMENT OF SETTLEMENT AGREEMENT (#53)

For the reasons set forth on the record at April 27, 2006 and May 25, 2006 hearings on plaintiff Tom Maceri & Son, Inc.'s ("Maceri") motion for entry of judgment based on breach of a settlement agreement and/or to enforce settlement agreement,

Maceri's motion is hereby GRANTED to the extent that Allen Park Farm Market & Deli, L.L.C., d/b/a Brothers Farm Market Deli, RPF Investments, L.L.C., Frank Zulewski, and Paul Zulewski shall pay Maceri a total of $48,000.00 plus post-judgment interest in $1,000.00 monthly installments beginning on June 15, 2006, with defendants Frank and Paul Zulewski being personal guarantors of the judgment debt. In the event a monthly installment falls more than 90 days in default, plaintiff Maceri may then accelerate the entire balance due and take any collection remedies provided by law.

        SO ORDERED.

                              s/George Caram Steeh
                              GEORGE CARAM STEEH
                              UNITED STATES DISTRICT JUDGE

Dated: May 26, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on May 26, 2006, by electronic and/or ordinary mail.

                                                                  s/Josephine Chaffee
                                                                  Secretary/Deputy Clerk