UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOM MACERI & SON, INC.,

    Plaintiff,

vs.

                                                    Case No. 01-CV-72771
                                                   HON. GEORGE CARAM STEEH

ALLEN PARK FARM MARKET
& DELI, LLC, et al.,

    Defendants.

_____/

## JUDGMENT

Pursuant to the court's order of even date granting plaintiff's motion to enforce settlement agreement,

IT IS ORDERED AND ADJUDGED that judgment hereby is entered in favor of plaintiff Tom Maceri & Son, Inc. and against defendants Allen Park Farm Market & Deli, L.L.C. ("Allen Park"), d/b/a Brothers Farm Market Deli, RPF Investments, L.L.C. ("RPF"), Frank Zulewski, and Paul Zulewski to the extent that Allen Park, RPF, Frank Zulewski, and Paul Zulewski shall pay Maceri a total of $48,000.00 plus post-judgment interest in monthly installments of $1,000.00 beginning on June 15, 2006, with defendants Frank and Paul Zulewski being personal guarantors of this judgment debt.

IT IS FURTHER ORDERED that, in the event a monthly installment falls more than 90 days in default, plaintiff Maceri may then accelerate the entire balance due and take any collection remedies provided by law.

Dated at Detroit, Michigan, May 25, 2006.

                                        DAVID J. WEAVER
                                        CLERK OF THE COURT

                                        BY: s/Josephine Chaffee
                                              DEPUTY COURT CLERK

                                  CERTIFICATE OF SERVICE

Copies of this Judgment were served on the attorneys of record on May 26, 2006, by electronic and/or ordinary mail.

                                        s/Josephine Chaffee
                                        Deputy Clerk